**In Re Michael PRAZOFF.**

No. 2008–1069.

United States Court of Appeals, Federal Circuit.

June 5, 2008.

Edward D. Manzo, Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., of Chicago, Illinois, argued for appellant.

Raymond T. Chen, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Stephen Walsh, Acting Solicitor, and Robert L. McManus, Associate Solicitor.

Before MAYER, RADER and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.